**UNITED STATES, Plaintiff–Appellee,**

v.

**Manchino HUDSON, Defendant–Appellant.**

No. 2012–1512.

United States Court of Appeals, Federal Circuit.

Aug. 22, 2012.

Leah E. Mcewen, Esq., Albany, GA, for Plaintiff–Appellee.

Demetria Nicole Williams, Esq., Federal Defenders, Middle District of Georgia, Albany, GA, for Defendant–Appellant.

**ORDER**

The court considers whether this appeal should be dismissed or transferred.

Manchino Hudson appeals from judgment of the United States District Court for the Middle District of Georgia which sentenced him to imprisonment for 64 months. This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter. 28 U.S.C. § 1295. The court also notes that this appeal already appears to be docketed at the United States Court of Appeals for the Eleventh Circuit. *See United States v. Hudson,* 12–13584–C.

Accordingly,

IT IS ORDERED THAT:

(1) The parties are directed to respond within 14 days from the date of filing of this order concerning whether this petition

should be transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

(2) The briefing scheduled is stayed.